■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMONE CRUM, Appellant. [832 NYS2d 834]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered July 20, 2004. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the third degree and criminal possession of a weapon in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the third degree (Penal Law §§ 110.00, 220.16 [1]) and criminal possession of a weapon in the third degree (§ 265.02 [1]). The knowing, voluntary and intelligent waiver by defendant of the right to appeal encompasses his challenge to County Court's suppression ruling (*see People v Kemp*, 94 NY2d 831, 833 [1999]; *People v Reynolds*, 278 AD2d 937 [2000], *lv denied* 96 NY2d 805 [2001]), as well as his challenge to the severity of the sentence (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Gorski, Smith, Fahey and Green, JJ.